IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**SAMANTHA K. SCOTT,**

        **Plaintiff,**

v.

**CIVIL ACTION NO.: 5:19-cv-00499**
**JUDGE FRANK W. VOLK**

**360 TRUCKING, LLC AND**
**MATT STRAWHACKER, Individually**
**and as agent for 360 Trucking, LLC**

        **Defendants.**

## AGREED DISMISSAL ORDER

NOW COMES the Plaintiff, Samantha K. Scott Plaintiff, by counsel William M. Tiano, the law firm of TIANO O'DELL, PLLC, and Defendants 360 Trucking, LLC and Matt Strawhacker, by counsel, M. Andrew Brison, and the Law Office of M. Andrew Brison, PLLC, and announced to the Court that all claims of Samantha K. Scott related to the above-captioned litigation have been compromised and settled. Therefore, the parties jointly move that this matter be dismissed with prejudice.

There appearing no objection to the granting of said motion, as is shown by the signatures of the parties of record below, it is accordingly **ORDERED, DECREED** and **ADJUDGED** that this civil action be dismissed *with prejudice* in its entirety.

*Entered* this \_\_8th\_\_ day of \_\_September\_\_ 2020.

*Frank W Volk*
**HONORABLE FRANK W. VOLK**

**Prepared by:**

/s/ M. Andrew Brison
M. Andrew Brison (WVSB #5787)
Brittany T. Harden (WVSP # 13203)
The Law Office of M. Andrew Brison, PLLC
232 Capitol Street
Charleston, WV 25301
304-397-8225-telephone
*Counsel for Defendants*


**Approved by:**


/s/ William M. Tiano
Willaim M. Tiano, Esquire (WVSB 4308)
TIANO O'DELL, PLLC
P. O. Box 11830
Charleston, WV 25339
304-720-6700
*Counsel for Plaintiff*